INDEX OF EXHIBITS

A    Administrative Remedies and Sentence Computation

B    Affidavit of Eric Welch

C    Health Records

D    PATTERN Risk Assessment and Psychology Appointment

E    Moral Fitness Letter

F    Programming Records, Education

G    Psychology Records

H    UNICOR Record, Licensing Updates, and Microsoft

I    Adams University

J    Defendant's Parental Letter

K    Affidavit of Mark Wisti

L    Affidavits of James Kammeyer and Jimmy Rhodes