# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: WELCH, ERIC DEXTER | | | | Reg #: 10444-089 |
| Date of Birth: 03/15/1970 | | Sex: M Race: WHITE | | Facility: MAR |
| Encounter Date: 05/31/2019 12:27 | | Provider: Pass, Randall MD/CD | | Unit: B03 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Pass, Randall MD/CD

        **Chief Complaint:** Chronic Care Clinic

        **Subjective:**  49 year old here for CCC appointment regarding his ASTHMA, for which he is prescribed an albuterol inhaler to use as needed. Estimates he uses the inhaler about once a week on average.

        Also noted to have mild elevation in bilirubin consistent with Gilbert's

        Immunizations ~ refused by inmate
        Care Level 1, no medical restrictions, works in Unicor
        Releases in 2022

    **Pain:**  Not Applicable

**Seen for clinic(s):** Pulmonary/Respiratory

**ROS:**

    **General**

        **Constitutional Symptoms**

            No: Unexplained Weight Loss, Weight Gain

    **Pulmonary**

        **Respiratory System**

            Yes: Hx Asthma

    **Musculoskeletal**

        **General**

            Yes: Low Back Pain

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/31/2019 | 12:34 MAR | 97.0 | 36.1 | | Pass, Randall MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/31/2019 | 12:34 | 63 | | | Pass, Randall MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/31/2019 | 12:34 MAR | 14 | Pass, Randall MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/31/2019 | 12:34 MAR | 122/77 | | | | Pass, Randall MD/CD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|

C.1

AHC Hartford  
**Aurora Health Care**  
Hartford, WI

MRN: 34180166  
Patient Name: WELCH, ERIC D  
DOB: 03/15/1970  
Case#: 057917192  
Admit Date: 09/28/2010  
Discharge Date: 09/28/2010  
Pt.Loc/Type/Room: FAM PRAC OB-HAR Clinic O/P -

## Ambulatory Documents

Result Type:        Visit Note Family Practice  
Result Date:        September 28, 2010 05:28  
Result Status:      Auth/Verified  
Performed By:       Tkachuk MD, Megan Ann on September 28, 2010 05:28  
Verified By:        Tkachuk MD, Megan Ann on September 30, 2010 07:53  

Specialty Code: 041

Aurora Medical Group - Hartford  
1640 East Sumner Street  
Hartford, WI 53027  
(262) 670-4000

PATIENT NAME: Welch, Eric D  
DOB:             03/15/1970  
PROVIDER:        Megan A Tkachuk, MD  
MRN:             000034180166  
CHART#:          1558480  
DATE OF VISIT:   09/28/2010  
VISIT #:         000057917192  
DEPT:            FP

VISIT NOTE REPORT

CHIEF COMPLAINT:  
Insomnia.

HISTORY OF PRESENT ILLNESS:  
The patient is a 40-year-old who comes in today to discuss about some anxiety and trouble sleeping he has had over the last couple of weeks. Please see previous notes for complete details of everything that is going on with him. His upcoming trial is next week. He is having a lot of trouble sleeping. He says he has been waking up several times during the night. He has been having a glass or 2 of wine but does not want to do that. He admittedly tried one of his wife's Xanax, a couple over the last 2 nights, and he has gotten the best night's sleep he has had in a couple of months and actually had dreams. He has no suicidal or homicidal ideation at this time, but he states he would like to be well rested for his trial next week and wants to make sure he has a clear head and is wondering if he can have just a small amount of Alprazolam to get him through. He says he really tries to keep a straight face and keeps things bottled up to put on a good face but he is nervous and is hoping for acquittal.

CURRENT MEDICATIONS:  
Prevacid 30 mg daily.  
Bupropion 100 mg twice daily.  
Albuterol as needed.

ALLERGIES:  
None.

SOCIAL HISTORY:  
Nonsmoker.

PHYSICAL EXAMINATION:  
VITAL SIGNS: BP 120/80 in the sitting position, pulse 77, weight 225.  
GENERAL: He is awake, alert, answers questions appropriately, in no acute distress.  
PSYCHIATRIC: Judgment and insight appear intact. Mood: No depression, anxiety or agitation.

ASSESSMENT:  
The patient is a 40-year-old with insomnia related to anxiety with severe environmental stressors due to upcoming trial.

(Note added by Eric Welch, 6/27/2020)  
In context, I booked this appointment a week before my federal trial. When I say I "[did] want to do that," it means I occasionally (and normally) had a glass or 2 of wine (or even beer or a shot of whiskey either on my own or with Krista); but, in the circumstances of insomnia before trial, I felt that I did not want to misuse alcohol. I knew the right thing to do was talk to my doctor and forgo drinking in favor of a small dose, short supply of Alprazolam (see next page).

FINAL CHART COPY

Print Date: 04/09/2019  
Print Time: 11:02 AM

C.2

AHC Hartford
*Aurora Health Care*
Hartford, WI

MRN: 34180166
Patient Name: WELCH, ERIC D
DOB: 03/15/1970
Case#: 057917192
Admit Date: 09/28/2010
Discharge Date: 09/28/2010
Pt.Loc/Type/Room: FAM PRAC OB-HAR Clinic O/P -

PLAN:
He was given #10 of Alprazolam 0.25 mg. He may take this prior to going to bed. He was advised and is aware that he may not use alcohol with this. He will call if questions or concerns, otherwise follow up as needed.

DICTATING PROVIDER
Megan A Tkachuk, MD

MAT / jb
DD: 09/28/2010
TD: 09/30/2010
Doc #: 5476664
Job #: 004516147

Copy Sent To:
    Megan A Tkachuk, MD

FINAL CHART COPY

Print Date: 04/09/2019
Print Time: 11:02 AM

C.3

| | |
|---|---|
| AHC Hartford<br>**Aurora Health Care**<br>Hartford, WI | MRN: 34180166<br>Patient Name: WELCH, ERIC D<br>DOB: 03/15/1970<br>Case#: 052842821<br>Admit Date: 12/14/2009<br>Discharge Date: 12/14/2009<br>Pt.Loc/Type/Room: OCC HLTH-HAR Clinic O/P - |

HEART: Regular rate and rhythm, no murmurs, rubs or gallops.
LUNGS: He has some wheezing bilaterally, which did clear after cough. Otherwise, no rales, no rhonchi. Normal respiratory effort.

ASSESSMENT AND PLAN:
Acute bronchitis. The patient was given a prescription for Azithromycin 5-day Dosepak, use as directed on package labeling, dispensed #1. He was also given a prescription for Albuterol inhaler 1-2 puffs q.i.d. p.r.n. cough, wheezing. He has used these in the past with his asthma. He verbalized understanding. I did recommend if he is not much better by the end of this week, consider further evaluation with his primary care physician or back to walk-in if necessary and there is a good chance at that time, a chest x-ray may need to be done. He seems comfortable with this treatment plan and what to watch for.

DICTATING PROVIDER
Adriane Leonard, PA-C

SIGNING PROVIDER
Bruce Hickman, MD

AD/lj
DD: 12/14/2009
TD: 12/15/2009
Doc #: 4844720
Job #: 003454055

Copy Sent To: