DATE REVIEWED: 11/1/19

INSTITUTION: USP Marion          UNIT: B
INMATE NAME: Welch Eric           REG NO: 10444-087

FIRST STEP ACT (Circle One):       ELIGIBLE  /  **INELIGIBLE** (for programming credit)

RECIDIVISM RISK LEVEL (Circle One):       MINIMUM  **LOW**  MEDIUM  HIGH

B-C-15      "PATTERN"

D.1

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 11-12-2013 - (b)(7)(F)
**Reg Number-Name:** 10444-089   WELCH, ERIC D.
**Author:** PATRICK K. COOK, Ph.D., (b)(7)(F)
**Institution:** MAR - MARION USP

This author met with inmate WELCH on the above date in an office located in psychology as a follow up to a prior clinical contact. Inmate WELCH appeared on time to his scheduled appointment.

Inmate WELCH was observed to be alert, calm, and oriented. He was dressed appropriately in inmate attire with adequate/unremarkable hygiene. Attitude was open and cooperative. Eye contact was appropriate. Speech production was average and speech unremarkable in rate, tone, pace, and volume. Thoughts and thought content observed to be coherent, logical, and goal-directed. Thoughts void of delusional/paranoid content. Inmate WELCH denied experiencing auditory or visual hallucinations nor was he observed to attend to internal stimuli during the current contact. He described his mood as "doing much better now" and affect observed to be euthymic. Inmate WELCH denied experiencing any sleep-related problems or difficulties and estimated sleeping approximately "8" hours per night, on average. He further denied a significant change in appetite, weight, or recently missing any meals. Inmate WELCH denied suicidal ideation, intent, or plan. He further denied non-suicidal self-injurious ideation or behavior. He was observed to be future oriented as he discussed both short- and long-term goals and plans.

Inmate WELCH and this author discussed his current functioning. Inmate WELCH reported recently obtaining a book with the assistance of religious services regarding typical emotions men experience secondary to an abortion. Inmate WELCH described "doing well" and "really have settled down about everything." He further described actively pursuing legal appeals and expressed the expectation of him receiving some future sentence reduction. Inmate WELCH denied additional issues he wish to discuss with a psychologist and he was instructed on how to contact psychology on both a routine or urgent basis. He acknowledged an understanding.

No additional follow-up is currently warranted/planned.

**SENSITIVE BUT UNCLASSIFIED**

D.2

\*\*SENSITIVE BUT UNCLASSIFIED\*\*



## Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 03-25-2014 - Inmate Request to a Staff Member
**Reg Number-Name:** 10444-089 - WELCH, ERIC D.
**Author:** PATRICK K. COOK, Ph.D., (b)(7)(F)
**Institution:** MAR - MARION USP

In response to your written request to staff, dated 3/14/2014, please be advised of the following:

Psychology records indicate on 10/22/2013, and again on 11/12/2013, you met with psychology staff per your vocalized request regarding perceived grief-related concerns. Records indicate you attributed both emotional self-regulation and grief-related symptoms to interpersonal difficulties with your spouse, an inability to interact with your biological children in a meaningful way, as well as reportedly grieve due to feelings associated with an unborn child.

\*\*SENSITIVE BUT UNCLASSIFIED\*\*

D.3