**Bishop Diocese Fort Wayne-South Bend**
Most Reverend Kevin Rhoades
Archbishop Noll Catholic Center
915 South Clinton St.
Fort Wayne IN 46802

**CFP Spiritual Advisor**
Fr. Jacob Meyer
St. Monica Church
222 W. Mishawaka Ave.
Mishawaka IN 46545

**CFP Minister General**
Madeline Nugent, CFP
CFP Headquarters
Fort Wayne IN

**CFP Vice Minister**
Sandy Seyfert, CFP
Huntertown IN

**CFP Messenger**
Ann Fennessey, CFP
Somerset MA

**CFP Treasurer**
Sue Brady, CFP
Fairhaven MA

**CFP Council Member**
Jim Nugent, CFP
Fort Wayne IN

**CFP Council Member**
Gretchen Everin, CFP
Middletown RI

**CFP Council Member**
Karen Sadock, CFP
Dumont NJ

**CFP Council Member**
Joel Whitaker, CFP
Silver Spring MD

**CFP Council Member**
Diane Joslyn, CFP
Binghamton NY

**CFP Council Member**
Sandra Lewis, CFP
Lockwood NY

**CFP Council Member**
Mariah Dragolich, CFP
Huntsburg OH

**CFP Council Member**
Larry Dusek, CFP
Waverly NY

# Confraternity of Penitents

1702 Lumbard Street
Fort Wayne IN 46803
260-739-6882
www.penitents.org
admin@penitents.org

26 June 2020

United States District Court, Western District of Michigan

Dear Court Members:

Eric D. Welch (10444-089) has been a member of our Alessandro Prison Ministry for the past six years. He has exemplarily completed a four year formation program in our way of life and has contributed articles to our monthly newsletter. He has been instrumental in having a Rosary Making Workshop established at his prison for the inmates, and he participates in weekly religious services. He has also formally taught fellow inmates through the prison's educational advancement program.

Eric has shared with us his experiences as a post-abortive father and his regrets for being an active participant in the abortion of three of his children. As is well known, many women who seek abortions have also been "aborted" themselves in that they had been subject to abuse, neglect, and/or exploitation. Such is also the case for many men.

Eric has left his past behind, as best I can tell. By the rigor of his fifty two lessons of formation, his consistent moving into deeper moral change, and his living a strict, penitential life, Eric has shown to me that he is a morally fit man, probably much more morally fit than many who have never been incarcerated. I urge you to consider him for early release.

Sincerely,
Madeline Pecora Nugent, CFP

Madeline Pecora Nugent, CFP
Minister General

CFP Headquarters
1702 Lumbard St.
Fort Wayne, IN 46803

admin@penitents.org 260-739-6882

"You shall love the Lord your God with your whole heart, with your whole soul, and with all your mind, (and) you shall love your neighbor as yourself." (Jesus's words as recorded in Matthew 22:37-38)

