```
   MARDD            *        INMATE EDUCATION DATA         *    03-11-2020
   PAGE 001 OF 001  *              TRANSCRIPT              *     12:09:58

   REGISTER NO: 10444-089    NAME..: WELCH                    FUNC: PRT
   FORMAT.....: TRANSCRIPT   RSP OF: MAR-MARION USP

   --------------------------- EDUCATION INFORMATION --------------------------
   FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
   MAR  ESL HAS    ENGLISH PROFICIENT          02-25-2011 1306 CURRENT
   MAR  GED HAS    COMPLETED GED OR HS DIPLOMA 02-25-2011 1306 CURRENT

   --------------------------- EDUCATION COURSES ------------------------------
   SUB-FACL   DESCRIPTION                      START DATE  STOP DATE EVNT AC LV  HRS
   MAR GP     CELEBRATE RECOVERY GROUP #6      08-19-2014  CURRENT
   MAR GP     ANTHROPOLOGY ACE CLASS           10-24-2019  02-06-2020   P  C  P    8
   MAR GP     USP PARENTING PROGRAM            10-25-2019  12-13-2019   P  C  P    8
   MAR GP     UNICOR OSHA 10 - 24 WEEKS        04-24-2018  04-28-2018   P  C  P    8
   MAR GP     UNICOR OSHA 30 - 24 WEEKS        04-23-2018  06-29-2018   P  C  P   30
   MAR GP     ASQ QUALITY ASSURANCE            07-10-2018  10-26-2018   P  C  P   16
   MAR GP     INFORMATION PROCESSING VT 715    05-04-2015  04-08-2016   P  C  C  300
   MAR GP     PRE-TREATMENT GROUP #6           03-05-2014  01-22-2016   P  C  P   18
   MAR GP     BEGINNER ORIGAMI CLASS           10-16-2012  12-12-2012   P  C  P   20
   MAR GP     ELECTRICAL THEORY                07-02-2012  09-02-2012   P  C  P    8
   MAR GP     UNDERSTANDING RENEWABLE ENERGY   04-15-2012  06-15-2012   P  C  P    8
   MAR GP     UNDERSTANDING RENEWABLE ENERGY   01-15-2012  03-15-2012   P  C  P    8
   MAR GP     ACE VIDEO NATURAL WONDERS        01-15-2012  03-15-2012   P  C  P    8
   MAR GP     ELECTRICAL THEORY                11-02-2011  12-21-2011   P  C  P    8
   MAR GP     ELECTRICAL THEORY                08-25-2011  10-25-2011   P  C  P    8
   MAR GP     RPP PG/RAT. BEHVIOR THERAPY #6   08-22-2011  10-11-2011   P  C  P    7
   MAR GP     ACE VIDEO THE COSMOS             04-06-2011  05-25-2011   P  C  P    8
   MAR GP     ACE LEGAL WRITING                04-06-2011  05-25-2011   P  C  P    8




   G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

F