**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-11-2011 - GRP CLOSED [250] Drug Education (F)
**Reg Number-Name:** 10444-089 - WELCH, ERIC D.
**Facilitator:** MARISSA F. MCKEE, MRC, DRUG ABUSE TRTMNT SPECLST
**Institution:** MAR - MARION USP

**Status:** COMPLETED
**Enroll - End Date:** 03-11-2011 - 07-08-2011
**Total Hours:** 13.5

## SESSION DATA:

**Number of Sessions:** 17   **First-Last Session:** 03-11-2011 - 07-08-2011

| ID | TITLE | DATE | DUR | ATTEND | PART | HMWK |
|---|---|---|---|---|---|---|
| 17 | Final exam/Wrap-up | 07-08-2011 | 60 | C | G | S |
| 16 | Myths and Facts/Review | 07-01-2011 | 60 | C | G | N |
| 15 | Stages and Strategies for Change | 06-17-2011 | 60 | C | G | N |
| 14 | Relationships/Breaking the Cycle | 06-10-2011 | 60 | C | G | N |
| 13 | No Group - L Unit lockdown/GED testing | 06-03-2011 | 0 | AE | N | N |
| 12 | Substances of Abuse | 05-27-2011 | 60 | C | G | N |
| 11 | No Group - Partial Unit Lockdown - DNA testing | 05-20-2011 | 0 | AE | N | N |
| 10 | No Group - CWW Holiday Schedule | 05-13-2011 | 0 | AE | N | N |
| 9 | Consequences of Use | 05-06-2011 | 30 | C | G | N |
| 8 | Use History | 04-29-2011 | 60 | C | G | S |
| 7 | Substances of Abuse: Stimulants | 04-22-2011 | 60 | C | G | N |
| 6 | Risk Factors | 04-15-2011 | 60 | C | G | S |
| 5 | Slippery Slope | 04-08-2011 | 60 | C | G | S |
| 4 | How does addiction work? | 04-01-2011 | 60 | C | G | S |
| 3 | Drugs and Crime | 03-25-2011 | 60 | C | G | S |
| 2 | Freedom from Drugs | 03-18-2011 | 60 | C | G | N |
| 1 | Introduction and Orientation | 03-11-2011 | 60 | C | N | N |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete | 82.35 % | Good | 76.47 % | Satisfactory | 35.29 % |
| Incomplete Excused | 0.0 % | Fair | 0.0 % | Unsatisfactory | 0.0 % |
| Incomplete Unexcused | 0.0 % | Poor | 0.0 % | N/A | 64.71 % |
| Absent Excused | 17.65 % | N/A | 23.53 % | | |
| Absent Unexcused | 0.0 % | | | | |
| Expelled | 0.0 % | | | | |

## TEST DATA:

| Id | Title | Type | Date of Test | Score |
|---|---|---|---|---|
| 1 | Final Exam | Posttest | 07-08-2011 | 90 |

## COMMENTS:

**SENSITIVE BUT UNCLASSIFIED**

G.1

# Bureau of Prisons
## Psychology Services
### Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** WELCH, ERIC | | | | **Reg #:** 10444-089 |
| **Date of Birth:** 03/15/1970 | **Sex:** M | **Facilitator:** (P)Edmister, Robin MSW/TS | | |
| **Date:** 04/07/2014 | **Group Facility:** MAR | **Group Title:** [9](b)(7)(F) Treatment Community Meeting | | |

**Status:** Incomplete
**Enroll Date:** 04/07/2014  **End Date:** 02/27/2015
**Total Hours:** 11.83

## SESSION DATA:

**Number of Sessions:** 10   **First Session Date:** 05/01/2014   **Last Session Date:** 02/05/2015

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 02/05/2015 | February 2015 | 75 | Complete Session | Good | Not Apply |
| 01/08/2015 | January 2015 Meeting | 75 | Complete Session | Good | Not Apply |
| 12/04/2014 | December Meeting | 75 | Complete Session | Good | Not Apply |
| 11/06/2014 | November Meeting | 75 | Complete Session | Good | Not Apply |
| 10/02/2014 | October Treatment Community Meeting | 90 | Complete Session | Good | Not Apply |
| 09/04/2014 | September Treatment Community Meeting | 0 | Absent Excused | Not Apply | Not Apply |
| 08/07/2014 | August Treatment Community | 90 | Complete Session | Good | Not Apply |
| 07/10/2014 | July Treatment Community | 60 | Complete Session | Good | Not Apply |
| 06/05/2014 | June Community Meeting | 90 | Complete Session | Good | Not Apply |
| 05/01/2014 | May Community Meeting | 80 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 90.0 % | Good | 90.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 10.0 % | Not Apply | 10.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

## COMMENTS:

**Date** **Provider**

06/06/2014 Edmister, Robin MSW/TS
June Meeting - Inmate WELCH presented regarding the topic of confidentiality at this meeting.

G.2

## Bureau of Prisons
## Psychology Services
## Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| Inmate Name: | WELCH, ERIC | | | | Reg #: | 10444-089 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/15/1970 | Sex: | M | Facilitator: | (P)Dunning, Courtney MSW/TS | |
| Date: | 04/08/2014 | Group Facility: | MAR | Group Title: | [10] Pre-Treatment Group A | |

**Status:** Incomplete
**Enroll Date:** 04/08/2014   **End Date:** 04/29/2015
**Total Hours:** 17.66

### SESSION DATA:

**Number of Sessions:** 21   **First Session Date:** 04/09/2014   **Last Session Date:** 04/22/2015

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 04/22/2015 | Superoptimisim, Cognitive Indolence, & Discontinuity | 55 | Complete Session | Good | Not Apply |
| 04/08/2015 | Power Orientaion & Sentimentality | 50 | Complete Session | Good | Not Apply |
| 03/25/2015 | Entitlement | 40 | Complete Session | Good | Not Apply |
| 03/11/2015 | Cut-off | 50 | Complete Session | Good | Not Apply |
| 02/25/2015 | Mollification | 50 | Complete Session | Good | Not Apply |
| 02/11/2015 | Review of Thinking Distortions | 50 | Complete Session | Good | Not Apply |
| 01/28/2015 | Review of Thinking Distortions | 50 | Complete Session | Good | Not Apply |
| 01/14/2015 | Thinking distortions | 40 | Absent Not Excused | Not Apply | Not Apply |
| 12/31/2014 | Integrity Checks and Intro to Distortions | 50 | Complete Session | Good | Not Apply |
| 12/10/2014 | Integrity Checks | 60 | Complete Session | Good | Not Apply |
| 11/26/2014 | Integrity Check Practice | 60 | Complete Session | Good | Satisfactory |
| 10/22/2014 | Treatment Plans & Integrity Checks | 60 | Complete Session | Good | Not Apply |
| 10/08/2014 | Responsibility & Integrity Checks | 50 | Complete Session | Good | Not Apply |
| 09/24/2014 | Regard for Others & Intro. of Responsibility | 40 | Complete Session | Good | Not Apply |
| 09/10/2014 | Regard for Others | 50 | Complete Session | Good | Not Apply |
| 08/27/2014 | Honesty & Regard for Others | 50 | Complete Session | Good | Not Apply |
| 08/13/2014 | Guiding Principles Continued | 50 | Complete Session | Good | Not Apply |
| 07/23/2014 | Intro to Guiding Principles | 50 | Complete Session | Good | Not Apply |
| 06/11/2014 | Cont'd Goals for Living & Willingness | 50 | Complete Session | Good | Satisfactory |
| 05/14/2014 | Cont'd: Goals for Living | 55 | Complete Session | Good | Not Apply |
| 04/09/2014 | Introduction to Goals for Living | 50 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 95.2 % | Good | 95.2 % | Not Apply | 90.5 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 9.5 % |
| | | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 4.8 % | | |
| Absent Excused | 0.0 % | | | | |
| Absent Not Excused | 4.8 % | | | | |

### COMMENTS:

**Date**   **Provider**

04/29/2015   Dunning, Courtney MSW/TS
Inmate WELCH is transitioning out of Pre-Treatment with (b)(7)(F)   He will begin programming with (b)(7)(F) in the future.

G.3

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

\*\*SENSITIVE BUT UNCLASSIFIED\*\*

| Inmate Name: | WELCH, ERIC DEXTER | | | | Reg #: | 10444-089 |
| Date of Birth: | 03/15/1970 | Sex: | M | Facility: MAR | Unit Team: | UM EAST |
| Date: | 06/22/2017 08:24 | Provider: | | Novotney, Jon PsyD | | |

### Focus of Session

Inmate WELCH was referred to psychology by his work supervisor, in response to a perceived increase in stress and anxiety at his place of employment.

### Subjective/Objective Presentation

Inmate WELCH was escorted to this writer's office. He appeared appropriately groomed and euthymic upon arrival (i.e., was laughing with the officer escorting him, smiling, and said "good morning"). During the clinical interaction, inmate WELCH reported mild to moderate symptoms of anxiety associated with his work assignment. He reportedly had spoken with multiple departments about concerns with his current employment situation, and stated his desire to "ride out" the current job for approximately 7 months until another desirable job presented itself. Though he expressed some situational specific stressors, he reported a multitude of positive coping strategies and support which have allowed him to effectively regulate his emotions during this time (i.e., increased exercise, increased prayer, and additional family support from the community). In addition, inmate WELCH reported he is excited about an upcoming visit from his children, who he has not seen in approximately 15 months.

MENTAL STATUS: Mood and affect were within normal limits. Speech was normal in rate, volume and tempo. He was alert and oriented to person, place, date, and situation. Grooming and hygiene were appropriate. The inmate denied delusional or psychotic symptoms. He denied recent or current thoughts of self-harm and there was no overt evidence to suggest suicidal ideation. Inmate WELCH was asked if he was currently suicidal and he stated, "No."

### Intervention(s)

Reflective listening was utilized to support inmate WELCH and build rapport. He denied experiencing significant stressors which necessitate additional services from psychology at this time.

### Progress/Plan

Inmate WELCH has been actively engaged in his mental health care. His mental status appears to be stable at this time and he denied any current or recent significant mental health concerns requiring additional mental health services. Inmate WELCH was reminded of the mental health services currently available (individual therapy and treatment groups). He was reminded of the various ways to obtain psychological services. He agreed to seek assistance if problems arise or if there is a change in his mental status. No follow-up is currently planned or clinically warranted.

Completed by Novotney, Jon PsyD on 06/22/2017 08:31

G.4

# Andrew M. Barclay, Ph.D.

9029 West Scenic Lake Drive • Laingsburg • Michigan 48848 • (517) 651-2661

**CLINTON COUNTY District Court Probation**
## Individual CSC Treatment
OUTSIDE THERAPIST REPORT

NAME: Eric Welch
PROBATION/PAROLE AGENT: Joyce Essich
PROBATION/PRISON NUMBER:

ATTENDANCE (How many sessions): Testing (1 session) + 7 additional

LENGTH OF TIME IN PRIVATE TREATMENT (From when to when): From April 12, 2001, through May 9, 2002.

CURRENT MENTAL STATUS: Alcoholism in remission, no drugs, some degree of anger/resentment remains that is driving depressive episodes. He is emotionally stable at this time, relationships have normalized, there is lowered or no attraction to adolescents, and obsessive sexual characteristics are decreased. There is no danger to self or community at this time.

SUMMARY OF PARTICIPATION IN INDIVIDUAL THERAPY, PROGRESS, AND GOAL-ATTAINMENT: Eric worked very hard in therapy. He is highly intelligent and insightful which allows him to make more rapid progress than average. He also was doing both individual and group therapy which was a good program for him.

CLINICAL IMPRESSIONS DURING SESSIONS: He was remorseful regarding the pain and suffering he had caused others. He worked hard to make sure that his bad behavior would not happen again. He is alcohol and drug-free which has been a big help toward stabilizing his behavior.

LEVELS AT TERMINATION OF THERAPY:

  Psychopathology: 2/10    Denial: 2/10

  Anger: 5/10    Impulsiveness: 2/10

RECOMMENDATIONS RE. SUPERVISION (Agree/Disagree & Comment)

Eric has achieved the outcomes desired in therapy and can be discharged from probation with positive results. Probability of recidivism is low

*Andrew M. Barclay*
Andrew M. Barclay, Ph.D.
Licensed Psychologist MI CO

Date: May 9, 2002

G.5



Dr. Donald Wilde, DMin
P.O. Box 81151
Lansing, Michigan 48908-1151
PH (517) 763-6969 ~ FAX 1-866-449-3446
wilde_gwc@msn.com
www.groundworkcounselingllc.com

## MEMO

**DATE:** March 25, 2013
**TO:** Mr. Eric Welch, Fed. Reg. No. 10444-089
**FROM:** Dr. Donald Wilde
**REGARDING:** Completion of Sex Offender Course at Total Heath

As it turns out, a PhD Student from MSU had used many sex offender files while working on her doctoral thesis. She handled those files appropriately and returned them to me a few years ago. I just remembered about this this morning and dug up those old boxes of sex offender files. Yours was one of them. That is surely good news.

I'm including with this correspondence a copy of a generic statement that I had written for you back in January 2002. It is not the official discharge form but it should help complete your paperwork. I also have the old official discharge form but those sorts of documents can only be released with properly signed releases and only to another professional. If the time comes where that document is essential and there is a psychologist to whom I could release it, I could do so. It is a positive but not glowing report.

Meanwhile, one of the positives noted in that old paperwork is that you are quite capable of deep introspection. I recommend that you employ those skills these days, too. This is Holy Week. Next Sunday is Easter. In my opinion, nobody knows the trouble you've seen as fully and judges as fairly as God. You might want to talk to Him about all of this. Be sure to listen as much as you speak.

All the best....

G.6