

**U.S. Department of Justice**
**Federal Prison Industries, Inc.**
**UNICOR**
**USP Marion, Illinois**

---

| | |
|---|---|
| **DATE:** | January 2020 |
| **Factory Manager:** | S. Whitecotton |
| | shawn.whitecotton@usdoj.gov |
| **Supervisor(s):** | F. Falmier, K. Miles, T. Engram |
| | Ph. /618-964-2105 |
| **RE:** | Eric Welch |
| | 10444-089 |

What was most helpful in hiring Eric Welch (back in May of 2011), were his skills as a Master Electrician (WI License # 1073153), and a Professional Engineer (WI License # 41206-6), alongside his previous work experiences applying his education degree (Michigan State University, 1993), and an engineering degree (Michigan Technological University, 2007). His insight and moral maturity enable him to tackle infrastructure, and interpersonal-relationship challenges. He naturally took the lead on production floor planning, tracking, and reporting performance metrics. His abilities as a legal writer and researcher also came in handy when documents and communications needed answering with accuracy and professional competence.

1. **Awards, and Standards-Proficiency (2011 – 2019):**
    Advanced Paralegal, Adams State University, Criminal Law
    American Society for Quality, Certified Quality Improvement Associate
    ISO 9000, *et seq.*, Compliance Audits
    Microsoft® Office Certification
    OSHA 10-Hour and 30-Hour Certified

2. **Electrical Power:**
    a. Designed Scope of Work for 300 kVA configurable upgrades to the factory
    b. Worked out design compliance for NAVFAC 10 kW – 120 kVA distribution

Eric Welch FPI/FBOP UNICOR Skill Set and Personality, Page **1** of **2**

H.1

      c. Re-wire heat-treat ovens, powered storage gates, presses, hot-stamp marking machines, metal clothes hanger machines, surface grinders, etc.

3. **Electronics Cable Assembly**
    a. Blueprint Reading and Interpretation
    b. Braiding, Sleeving, Boots, And Transitions (Heat-Shrink And Expansion Raw Material)
    c. Cable Lay, Wrapping, and Forming/Tying
    d. Communications Cabling to Include CAT5R, CAT6R, Serial Data Cables, Fiber Optics
    e. Crimping & Pinning
    f. Electromagnetic Shielding, Grounding, And Bonding For EMF Protection
    g. Soldering (Certified J-STD-001)
        Tin, Solder Splices, Solder Sleeves, Turret, Cup, Bifurcated, and J-Hook Soldering

4. **Hardware Testing**
    a. Set-up and execution of Cable and Equipment Interconnect and Procedures
    b. Diagnostic Trouble-shooting and repair
    c. Manual and Specification Interpretation for Others

5. **People Skills:**
    a. Assertive Communicator
    b. Project/Job Leader

    Mr. Welch helps others on a regular basis. He is a "go-to" guy for goal accomplishment for both Staff and inmates. Based on observed interactions, and those familiar with him from Custody, Education, Psychology and Religious Services departments, they acknowledge Mr. Welch is a mature, well-adjusted man who has overcome the hardships of incarceration and has a growth mindset. This makes sense given his federal term (2010) was merely a recycling of a previous state term (2008) that he successfully completed and discharged.

    Considering his PSR and Case Manager's input, he has no issues using a computer and is authorized for all forms of communication at the BOP (email, phone, Windows OS, Office, SAP[1], etc.)

    In 24 years as a prison factory supervisor, I have come to understand characteristics that keep inmates from returning to prison. I've seen the ones who lack these characteristics come back. The characteristics include responsibility, dedication to growth, and teamwork. Eric Welch demonstrates mastery of these characteristics. An inmate interested in personal growth is common. An inmate engaged in personal growth is rare. I am confident he will find success in life and that he will not only avoid returning to prison, he will be a positive influence to others.

---

[1] SAP is the software used at UNICOR to implement Enterprise Resource Planning ("ERP"), the industry standard for integrating all functions of an organization's business operations.

Eric Welch FPI/FBOP UNICOR Skill Set and Personality, Page **2** of **2**

H.2



Dear Eric Welch,

YOUR MICROSOFT CERTIFICATION ID IS: 12359353
YOUR TEMPORARY PASSWORD IS: 2801EC06-4D4B-444F-A727-9BB0A7144BEA

Congratulations on joining the **Microsoft Office Specialist** certification program. You have achieved a Microsoft Office Specialist credential and have joined a global community of distinguished achievers. This Microsoft credential tells the world you have demonstrated proficiency in Microsoft Office.

As part of your certification benefits, you can now access a private site that includes a wealth of information and resources. Designed with your feedback in mind, the site will enable you to create and download customized logos, view and share your transcript, and plan to achieve future certifications. It's very important to follow these steps to fully recognize all the benefits of your new Microsoft Certification:

### 1. ACCESS THE MCP MEMBER SITE WITHIN 90 DAYS OF YOUR EXAM DATE.
To access the MCP member site (https://www.microsoft.com/learning/members/en/us/MOS/mos-default.aspx), you will need your Windows Live ID, your Microsoft Certification ID (above), and a temporary access code (above). If you need assistance, contact your Regional Service Center (http://www.microsoft.com/learning/support/worldsites.asp).

### 2. CONFIRM YOUR PROFILE INFORMATION.
Log in to the Microsoft Certification Web site (https://www.microsoft.com/learning/members/en/us/MOS/mos-default.aspx), select VIEW MY PROFILE from the left navigation and confirm that your e-mail address and profile is correct so we can reach you with benefits, offers, and program news.

### 3. EXPLORE THE COMMUNITY!
You are now eligible to access a wealth of information and resources designed to help you stay current on Microsoft technologies, connect with peers, and plan further training. Visit http://www.microsoft.com/learning/en/us/certification/mcp-member-sites.aspx to get started.

We hope your achievement of Microsoft Office Specialist certification will inspire you to continue expanding your computing skills and to attain additional certifications. For a complete listing of Microsoft Office Specialist certifications, learning materials and program details, please visit http://www.microsoft.com/learning/en/us/certification/mos.aspx.

Again, congratulations on your achievement! We wish you success in all your professional and academic endeavors.

Best regards,

*[signature]*

Satya Nadella
Chief Executive Officer
Microsoft Corporation

**H.3**



Part No. X19-61325



Wisconsin Contractors Institute

# Certificate of Completion

Eric Welch

Wisconsin I.D. #1073153

Has Completed

Course #18936: 2017 NEC Code Change Part 1

8 Credit Hours

11/29/2018

Mark Newcomer

Wisconsin Contractors Institute

Provider # 1171385

H.4

**WCI** Wisconsin Contractors Institute

# Certificate of Completion

Eric Welch

Wisconsin I.D. #1073153

Has Completed

Course #18937: 2017 NEC Code Change Part 2

8 Credit Hours

11/29/2018

Mark Newcomer

Wisconsin Contractors Institute

Provider # 1171385

H.5

 Wisconsin Contractors Institute

## Certificate of Completion

Eric Welch

Wisconsin I.D. #1073153

Has Completed

Course #18952: 2017 NEC Article 517

3 Credit Hours

11/29/2018

Mark Newcomer

Wisconsin Contractors Institute

Provider # 1171385

H.6

 Wisconsin Contractors Institute

# Certificate of Completion

Eric Welch

Wisconsin I.D. #1073153

Has Completed

Course #18954: 2017 NEC Article 250

2 Credit Hours

11/29/2018

Mark Newcomer

Wisconsin Contractors Institute

Provider # 1171385

H.7

 **Wisconsin Contractors Institute**

# Certificate of Completion

Eric Welch

Wisconsin I.D. #1073153

Has Completed

**Course #18955: 2017 NEC Article 690**

**3 Credit Hours**

**11/29/2018**

Mark Newcomer

Wisconsin Contractors Institute

Provider # 1171385

H.8