

**THE CENTER FOR LEGAL STUDIES**

**www.legalstudies.com**

47815 West Rd., Ste. D-107
Wixom, MI 48393

**Invoice for order 51405**
**Order Date: February 19, 2020**

| **Billing Address** | **Shipping Address** | **Shipping Method** |
|---|---|---|
| *Judy Phillips* | *Eric Welch #10444-089* | *No shipping* |
| *Adams State University* | *USP Marion* | |
| *208 Edgemont Blvd* | *PO Box 1000* | |
| *Alamosa, CO 81002* | *Marion, IL 62959* | |

| Product | Quantity | Price |
|---|---|---|
| **Adams State University - Advanced Paralegal Certificate Course**<br>Format:  Text Only<br>POLS 379 Constitutional Law:<br>  Spring #2 2020 print semester at Adams State University<br>POLS 379 Family Law:<br>  Spring #2 2020 print semester at Adams State University<br>Items to print:<br>  POLS 379 Constitutional Law syllabus, Constitutional Law course packet, POLS 379 Family Law syllabus, Family Law course packet | 2 | $0.00 |
| | **Subtotal:** | $0.00 |
| | **Tax:** | $0.00 |
| | **Total:** | $0.00 |

*Please ship via USPS Priority Mail.*
*Shipping notification email: gnswelch@hughes.net*

I.1

 THE CENTER FOR
LEGAL STUDIES

June 6, 2019

Dear Eric:

Congratulations on completing SOC 379: Criminal Law! A grade report is attached for your records.

Please let us know if you have any questions about this information.

Sincerely,
The Center for Legal Studies

Correspondence Division
The Center for Legal Studies
1202 Bergen Pkwy, Ste. 110
Evergreen, CO 80439
www.legalstudies.com
303-273-9777 ext. 106
303-271-1777 Fax
assignments@legalstudies.com

1202 Bergen Parkway, Suite 110, Evergreen, CO 80439
1-800-522-7737 • Fax: (303) 271-1777 • info@legalstudies.com
www.legalstudies.com

I.2



## THE CENTER FOR LEGAL STUDIES

June 6, 2019

Eric Welch
ASU Student ID # 900574599

### SOC 379: Criminal Law

RA1: 9/10 (w/ lesson 3) kg 2.5.19 mailed SASE
RA2: 10/10 (w/ lesson 5) kg 5.20.19 mailed SASE
RA3: 10/10 (w/ lesson 6) kg 6.3.19 mailed SASE

WA1: 50/50 kg 11.12.18 mailed no SASE
WA2: 50/50 kg 1.16.19 mailed SASE
WA3: 50/50 kg 2.5.19 mailed SASE
WA4: 50/50 kg 3.20.19 mailed SASE
WA5: 50/50 kg 5.20.19 mailed SASE
WA6: 50/50 kg 6.3.19 mailed SASE

Mid-term: 96/100 kg 2.5.19 mailed SASE
Final: 92/100 kg 6.5.19 mailed SASE

Your final grade will be figured as follows:
The six writing assignments are worth 50 points each and comprise 40% of your grade.
The two exams are worth 100 points and comprise 40% of your grade.
Your participation in class participation assignments comprises 20% of your grade.

**Final Grade: 96.93%**

I.3

1202 Bergen Parkway, Suite 110, Evergreen, CO  80439
1-800-522-7737 • Fax: (303) 271-1777 • info@legalstudies.com
www.legalstudies.com