Reference: Residency Permission                                5/1/2020

To whom it may concern:

This notification is to confirm that our son Eric Dexter Welch, inmate number 10444089, now a inmate in the FBOP. Has full permission to reside here at our home with us as soon as he is released from custody of the prison he is located at. This would include any remainder of sentence that could be served here at our home as well, to expedite any release considered or granted.

Our home is located in Tuscola County MI. It sits on 20 acres and is owned free and clear by myself and my wife, of 51yrs. Eric's biological parents, "here" where Eric was raised to adulthood.

We the undersigned mutually agree it to be so, without any hesitation.

George and Susan Welch
5230 Livermore Rd.
Clifford, MI. 48727
989-761-7174

*George Welch*                    *Susan Welch*

J.1

06/01/2020

To: Court Clerks Office
United States District Court
Western District of Michigan
Sentenced by Hon. Robert Allan Edgar (Inactive Senior Status)
CASE #: 2:10-cr-00008  Possession of Child Pornography

Ref: Eric Dexter Welch
104440889
PO BOX 1000
Marion, IL 62959

We the undersigned request that serious conscience thought and contemplation be extended for our request we offer to you now.

We implore you for serious consideration, to release our son Eric Welch for our care here at home. So he may assist us, his parents to provide care and aid for us as we age. I am now 71 years old, soon to be 72 and my wife of over 51 years just turned 71 on the 26th of May, 2020. We were also high school sweet hearts and remain fully devoted to each other as husband and wife.

Susan (my wife) is afflicted with Rheumatoid Arthritis in hands and wrists and has Macular Degeneration that has affected her vision in one eye, Regular visits to her Ophthalmologist MD. for eye injections have held it at bay for now. She has had both knees replaced limiting her physically along with COPD. (non-smoker). These ailments and disease's were diagnosed by her Physicians.

I feel I am a burden for her, as a husband who is no longer the physically strong one, falling short of what I could do in the past. In a house we built together and heat with wood on our first ever owned piece of property filled with trees we built our home. We are unable to gather wood ourselves alone.

I have accumulated in aging many health problems myself, through my working and retirement years. I was born with the Bronchial Asthma. Survived Typhoid Fever, near fatal injuries. That didn't hamper me much in my younger days and I managed to become a decorated Detroit Police Officer as well as a Journeyman skilled tradesman at GM and Residential Builder. I have had the opportunity to be a Frankenmuth Police officer as well as interim police Chief of our little village nearby in Kingston, MI. When personal injury ended my ability to certify.

Any LEIN or NCIC and SOS records have no blemishes whatsoever for us. We are law abiding citizens of the USA and proud of it. We will continue to be so. My documented medical history of current conditions I address, now follows;

Bronchial Asthma, Hypertension, PTSD, Raynaud's Disease, Heart Disease, AFIB, Neurological Disorder, Sensory Disorder, Spinal Stenosis, L foot and Calf crushing accident with Tendon Involvement (pinned under construction equipment), Post Spinal Multi Tier Surgery (Lumbar region), Bi Lateral Rotatory cuff tears with separation, Torn R Long head tendon and Lumbar, Bi Lateral Carpal

J.2

Tunnel, Hearing Deficiency both Ears, Vision impairment from Cataracts and Macular Puckers both eyes, L biceps torn and not all listed.

I take no pride in having to use Handicapped Parking when going to appointments, it does however serve as a reminder to me on just how lucky I am to still be alive and together with my wife Susan over 51 years, married. The frailties of life as we age will eventually take full toll on us. It is a circle of life always completed as God our creator and Christ our Savior meant it to be.

I ask of you to give all serious consideration of our request to send Eric home, here to help us, now at our time of true need. He has been a asset to other inmates as well as UNICOR helping it to become finally profitable using his trained skills and education gained before imprisonment with additional CE while incarcerated. Eric's sons may yet again know him after this COVID-19 dissipates as we self quarantine to survive. Our grandsons living under 10 miles away from us. Eric will yet again be able to become a productive member of society. Re-adjusting from a inmate back to being a son and father himself. While caring for us. Eric will be able to re-hone his EEE skills with again becoming a PE or a Master Electrician or a Attorney, our society needs all those attributes of citizens to survive itself.

Our trips to visit Eric were sadly infrequent due to the hardship of the journey on our aging bodies and exhaustion felt finally arriving to Marion, a days rest is needed to have a fulfilling visit. In our minds it is more important now that he be home soon having served what time he has, within BOP , without being a problem inmate but one who helped educate and lead others inside to be better.

We pray that you will conclude the same way as we have, Eric is needed here, after your serious thought, considerations and wisdom.

We Sincerely ask of you now, for Eric's compassionate release in our time of present and future needs, to be our needed additional support for the infirmities we now to cope with and the certain new ones that will come to us with our longevity as they undoubtedly will occur. As we also may assist him in rebuilding a life deserving and fully accomplished.

We declare under penalty of perjury that the foregoing is true and correct. Executed on 06/01/2020

*George D. Welch*  *Susan M Welch*

In all Sincerity,
George D Welch and Susan M Welch
5230 Livermore Rd.
Clifford , MI   48727
PH 989-761-7174

J.3