## AFFIDAVIT

*STATE OF MICHIGAN* )
                                   )ss.
*County of Houghton* )

I, MARK A. WISTI, first being duly sworn and states that if called upon to testify in this matter I would testify as follows, to-wit:

1. I was the attorney for Eric Dexter Welch in the matter of People of the State of Michigan vs. Eric Dexter Welch, Houghton County Circuit Court File No: 07-2225-FH.

2. That at the time I was his attorney we entered into a plea agreement with the Assistant Prosecuting Attorney for Houghton County, Michigan.

3. That it is my recollection of the plea agreement that the Assistant Prosecuting Attorney for Houghton County had agreed not to bring any further charges against Eric Dexter Welch if Mr. Welch entered into a plea agreement with regard to the State charges.

4. That it is further my recollection that the Prosecuting Attorney's Office agreed that they would not report this matter to the federal government in exchange for Eric Dexter Welch's plea.

Further deponent saith not.

_____
MARK A. WISTI (P39345)

*STATE OF MICHIGAN* )
                                   )ss.
*County of Houghton* )

On this ____ day of _____, 2011, before me a Notary Public in and for said County, personally appeared the above-named MARK A. WISTI and made oath that he has read the foregoing Affidavit by himself subscribed and knows the contents thereof and that the same is true of his own knowledge except as to those matters therein stated to be on his information and belief and as to those matters he believes it to be true.

_____, Notary Public
Houghton County, Michigan
Acting in Houghton County, Michigan
My commission expires: Nov 17, 2012

PATRICIA J. DIPALMA
Notary Public, State of Michigan
County of Houghton
My Commission Expires Nov. 17 2012

K.1