UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,                   Case No. 2:10–cr–8

   v.                             Hon. Paul L. Maloney

ERIC DEXTER WELCH,

          Defendant.
_____/


## ORDER REJECTING PLEADING


      The Court has examined the following document(s) received July 20, 2020 and orders the Clerk to reject the Second Motion to Supplement and return the document(s) to Eric Welch for the reason(s) noted below:

      Motion [107 has been decided.

      IT IS SO ORDERED.


Dated:  July 21, 2020                /s/ Phillip J. Green_____
                                   PHILLIP J. GREEN
                                   U.S. Magistrate Judge