# 1

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: | WELCH, ERIC DEXTER | | | | Reg #: | 10444-089 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/15/1970 | Sex: M | Race: WHITE | | Facility: | MAR |
| Encounter Date: | 11/21/2019 06:13 | Provider: Brooks, Leslee PA-C | | | Unit: | B03 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1        Provider: Brooks, Leslee PA-C

Chief Complaint: PULMONARY/RESPIRATORY

Subjective: 49 year old here for CCC:
ASTHMA, for which he is prescribed an albuterol inhaler to use as needed. Estimates he uses the inhaler about once a week on average during allergy season.

Refused flu shot.

Pain: No

Seen for clinic(s): Pulmonary/Respiratory

## OBJECTIVE:

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/21/2019 | 06:12 MAR | 206.0 | 93.4 | | Brooks, Leslee PA-C |

### Exam:

General

  Affect

    Yes: Pleasant, Cooperative

  Appearance

    Yes: Appears Well, Alert and Oriented x 3

Pulmonary

  Auscultation

    Yes: Clear to Auscultation

Cardiovascular

  Auscultation

    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

    No: S3, S4

Neurologic

  Cranial Nerves (CN)

    Yes: Within Normal Limits

Mental Health

  Posture

    Yes: Within Normal Limits

  Grooming/Hygiene

    Yes: Within Normal Limits

  Facial Expressions

    Yes: Within Normal Limits

## ASSESSMENT: