UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC DEXTER WELCH,

    Defendant.
_____/

Case No. 2:10-cr-8

HONORABLE PAUL L. MALONEY

## ORDER REGARDING RESPONSE TO MOTION

On July 27, 2020, Defendant filed a motion to reconsider (ECF No. 114). The Government shall file a response to the motion by **August 17, 2020**. *See* W.D. Mich. LCivR 7.4(b).

Dated: August 3, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge